United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Yesenia Pouparina, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-21515-Civ-Scola |
| | ) |
| HSBC Bank USA, Defendant. | ) |

### Order Denying Motion to Proceed *In Forma Pauperis*

Yesenia Pouparina filed this lawsuit against HSBC Bank USA, asserting various claims which she appears to allege arise under federal law. She has asked to proceed *in forma pauperis*—in other words, without prepaying the filing fee. (Mot. for Leave to Proceed Without Prepaying Fees, ECF No. 3.)

A federal court may authorize a person to commence a lawsuit without having to prepay court fees, if the person is unable to pay. 28 U.S.C. § 1915(a)(1). The requesting plaintiff must submit an affidavit disclosing her assets and liabilities in support of the assertion that she is not able to pay. (*Id.*) Based on deficiencies in Pouparina's submission, the Court is unable to discern if she indeed satisfies these financial eligibility requirements.

In her application, Pouparina indicates she receives income from "business, profession, or other self-employment" as well as "other sources." (Pl.'s Application, ECF No. 3, 1.) The form she submitted directs the applicant to "describe . . . each source of money and state the amount . . . received and what [is] expect[ed] . . . in the future." (*Id.*) Pouparina has not supplied the requested information. She also lists no monthly expenses, debts, or financial obligations. Thus, although Pouparina declares she is "unable to pay the costs of these proceedings," the Court is unable to evaluate her application without this information. The Court thus finds Pouparina's application insufficient to provide an adequate basis for an IFP determination and therefore **denies** her motion, albeit **without prejudice**. (**ECF No. 3**.)

Pouparina must submit an amended application and must provide all the information requested on the Court's form, particularly the amounts she receives, and has received, in income. She must file her amended application on or before **May 3, 2018** or her complaint may be dismissed for failing to comply with this Court's orders.

**Done and ordered** at Miami, Florida, on April 19, 2018.

Robert N. Scola, Jr.
United States District Judge

**Copy via U.S. mail to**:
Yesenia Pouparina
1221 Obispo Avenue
Coral Gables, FL 33134